MATTHEW NEWMAN, ESQ. (160417)
LAW OFFICES OF MATTHEW NEWMAN AND ASSOCIATES
111 W. SAINT JOHN STREET, SUITE 620
SAN JOSE, CA  95113
Telephone: 408-435-3500
Fax: 408-435-3900

Attorney for Defendant,
BOUNXOU ALEX BILLAMAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>BOUNXOU ALEX BILLAMAY,<br><br>   Defendant. | Case No.:   **CR 05-00723-JW**<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF COURT DATE** |

**IT IS HEREBY STIPUALTED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE LEGAL COUNSEL, THAT THE FOLLOWING SHALL BE THE ORDER OF COURT:**

The hearing presently scheduled for June 4, 2007 at 1:30 p.m. in Department 8 in the above referenced matter shall be continued to June 25, 2007 at 1:30 p.m. in Department 8.

1  Dated: June 4, 2007                     /S/     Matthew Newman
2                                          Matthew Newman, Attorney for Defendant
                                           Bounxou Alex Billamay
3

4  Dated: June 4, 2007                     /S/     John N. Glang
5                                          John N. Glang, Assistant United States Attorney

6

7

8  IT IS SO ORDERED. THIS MATTER IS CONTINUED TO JUNE 25, 2007 IN
   DEPARTMENT 8 AT 1:30 PM.
9

10

11  DATED: __June 4 2007__              _____
                                         JUDGE OF THE UNITED STATES DISTRICT
12                                       COURT

Stipulation and Order Re: Continuance

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order Re: Continuance

3